IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID ANTOINE STOKES            *
         Plaintiff,
vs.                                       *      CIVIL ACTION NO. RDB-10-3309

SOCIAL SECURITY DEPARTMENT    *
         Defendant.
                                           ***

## MEMORANDUM OPINION

The above-captioned case was filed on November 22, 2010. ECF No. 1. Plaintiff, who is homeless, complains that the Social Security Department office located at Mondawmin Mall in Baltimore, Maryland violated his civil rights by turning him "down for everything." He characterizes this violation as a "hate crime." He states that he is just a "law-abiding, god-fearing young man trying not to freeze to death." Plaintiff asks that the Court order the Social Security Department to award him relocation grants and pay. An attached exhibit raises multiple and conclusory counts, chief among them being treason, negligence, malicious prosecution, breach of contract, corporal punishment, and violations of civil rights. *Id.* at Exhibit C. Plaintiff complains that other individuals he has spoken to have received relocation funds, but he has not. He asks how "could the owner of Mondawmin Mall, the Rouse Brothers, and Ex Drug Dealer Milton Tilman, explain to the Joint Committee, Independence Council, Republican and Senator Party, that the Social Security Department on their Property is breaking every Law and is not performing their job function properly." He further claims that the Assistant Director for Finance of the Baltimore City Department of Social Services office in East Baltimore is a family member of former drug dealer Melvin Williams. *Id.*

The claims contained herein concern accusations that are clearly a product of Plaintiff's delusions.[1] A Complaint that is totally implausible or frivolous, such as this, may be dismissed *sua sponte* for lack of subject matter jurisdiction pursuant to Fed R. Civ. P 12 (b)(1). *See Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999); *O'Connor v. United States*, 159 F.R.D. 22 (D. Md. 1994); *see also Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th Cir. 1988) (federal district judge has authority to dismiss a frivolous suit on his own initiative).

Accordingly, by separate Order which follows, the Complaint shall be dismissed without prejudice.

Date: DECEMBER 6, 2010

RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE

---

[1] While the Court is sympathetic to Plaintiff's situation, the conclusory claims fails to set out a civil rights or constitutional deprivation by Defendant, warranting this Court's federal jurisdiction.